# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JANET HOYT,

    Plaintiff,

v.

                              No. 3:21-cv-78-HES-JBT

RACETRAC PETROLEUM, INC.,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the parties' "Joint Stipulation of Dismissal with Prejudice" (Dkt. 12). Accordingly, it is **ORDERED**:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby **DISMISSED with** prejudice. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** at Jacksonville, Florida, this ___ day of July, 2021.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Ariel Lett, Esq.
Jonathan Arias, Esq.
Daniel Kent Miles, Esq.